280 F.2d 427
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
AUTOMOTIVE LODGE LOCAL 777 and District No. 9, International Association of Machinists, AFL-CIO.
 No. 16459.
 United States Court of Appeals Eighth Circuit.
 April 22, 1960.
 
 On petition for enforcement of order of National Labor Relations Board.
 Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., for petitioner.
 PER CURIAM.
 
 
 1
 Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.